**Michael Anthony DAMMONS, Plaintiff–Appellant,**

v.

**Thomas R. CARROLL; Gary A. Jones; Joseph M. Lightsey; Juanita Stewart; Judy Bishop; Judy Strickland, Defendants–Appellees.**

No. 08–6237.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 7, 2008.

Michael Anthony Dammons, Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina; Elizabeth Pharr McCullough, Young, Moore & Henderson, PA, Raleigh, North Carolina; Thomas Carlton Younger, III, Yates, McLamb & Weyher, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Dammons appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny

Dammons' motion for appointment of counsel and affirm for the reasons stated by the district court. *Dammons v. Carroll,* No. 5:07–ct–03014–BO (E.D.N.C. Jan. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*